681 A.2d 745

**Louise SPINO and Francis Spino, Petitioners,**

**v.**

**JOHN S. TILLEY LADDERS COMPANY and M.A. Buten & Son, Inc., Respondents.**

Supreme Court of Pennsylvania.

Sept. 5, 1996.

*ORDER*

PER CURIAM:

AND NOW, on this 5th day of September, 1996, the Petition for Allowance of Appeal is GRANTED limited to the issue of whether the trial court erred when it allowed the manufacturer to introduce evidence that it had received no complaints of a leg splitting during the thirty-year period in which the ladders were manufactured.